**Order filed December 11, 2012**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00926-CV
_____

**JAMES WHITAKER, Appellant**

**V.**

**NEIGHBORHOOD CENTERS, INC., Appellee**

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2012-07101**

## ORDER

This appeal is from a judgment signed September 18, 2012. Appellant filed a notice of appeal on September 26, 2012. Appellant filed a motion to proceed in forma pauperis and an affidavit of indigence on November 2, 2012. *See* Tex. R. App. P. 20.1.

No contest was filed. "Unless a contest is timely filed, no hearing will be conducted, the affidavit's allegations will be deemed true, and the party will be allowed to proceed without advance payments of costs." *See* Tex. R. App. P. 20.1(f).

Accordingly, the Harris County District Clerk's office is directed to file the clerk's record **within 30 days** of the date of this order.  The court reporter for the 151st District Court of Harris County is directed to file the reporter's record **within 30 days** of the date of this order.  If no record was taken, the court reporter is ordered to file notice with this court that no record was taken.

PER CURIAM